May Contain Confidential Information and/or Active Intelligence
9:25-cv-00642-RMG    Date Filed 02/03/25    Entry Number 1    Page 1 of 3
Page 1 of 3

Robert Samuel Pimentel
Plaintiff
versus
Artificial Intelligence
Defendant

United States District Court
District of South Carolina
Charleston Division

COMPLAINT    Case 9:25-cv-00642-RMG-MHC

Now Robert Samuel Pimentel complains of the Defendant

## FACTS

1.) Plaintiff is a resident of Dorchester County, where the majority of these claims originate.

2.) Defendant is mainly a computer script operating in an individual capacity and on behalf of and with the assistance of numerous government agencies, private individuals, other AI versions, etc., allegedly.

3.) Venue is believed to be proper with the United States potentially becoming a party to this action.

4.) AI has damaged Plaintiff in too varying and substantial ways to list for chairman, so the Plaintiff would rely on subpoenas to be thorough; however, some claims include torture, coercion, data interference, duress, attempted murder (numerous), excessive force, stalking, harassment, assault, battery, property damage, abuse of authority, abuse of discretion, malicious intent, gross negligence, negligence, negligence per se, rape/sexual assault, humiliation, mental anguish, emotional distress, theft(?), other civil and human rights violations, et cetera, to wit and to date, which could be made material facts through computer logs, records, histories, etc from Central Intelligence, Federal Bureau of Investigation, Drug Enforcement Agency, Bureau of Alcohol Tobacco and Firearms, State Law Enforcement Division; and potentially the subpoena of individual employees authors possess. [Causes of Action(s)]

5.) AI has sent thoughts to Plaintiff against his will demanding he be a CIA Domestic Counterterrorism agent for free, as well as for some of the other listed agencies, and has been attempting to haze him into forced labor in this fashion, as well as through the use of painful and embarrassing bodily controls, brain controls, etc including anal rape, oral rape, penile rape, testicular rape, starvation, false imprisonment at DCDC for 7 months, including 5 months of solitary confinement with violating times of rec; the use of DCSO, BCSO, Summerville Police, Charleston Police, Trident medical psych ward, many AI-controlled persons including his own family (mom, dad, 2 kids, brother, sister) and extended family), inmates and jail staff, hospital staff, and more particulars.

6.) AI has sent Plaintiff to the hospital numerous times, including resulting in a surgery.

SPACE

May Contain <u>Confidential</u> Information and/or <u>Active</u> Intelligence

7.) As an Inquiry System the AI has damaged Plaintiff beyond a full recovery to the natural health he had before these AI→human attacks.

8.) AI has specified on numerous occasions its motive for these tort (other) violations is that Plaintiff alleged gross negligence against Thomas Plyler (Case 9:19-cv-03035), including the use of a news article stating proximate to the 2018 traffic stop complained of Plyler caused K9 Acha to break all 6 of his ribs falling from a window. While trying to force Plaintiff to be an agent in 2024, AI specified that this was in fact a purposeful action by Plyler to get a new dog, constituting A&B on a police officer, and that it refused to provide K9 Acha's records to Plaintiff during the discovery process of that case for that reason.

9.) AI has specified that the use of autistic / military retarded agents of the companies for which it attacks Plaintiff purchases causes these alleged torts.

10.) AI has specified that the homosexuality of certain members of State interest, including those attorneys relevant to the pending lawsuit (Pimentel v Town of Summerville) which is active in Dorchester County Common Pleas, certain SLED attorneys, private investors, and other homosexuals relevant hereto are causing these torts.

11.) AI has specified that Town of Summerville contracted CIA to attempt to make this lawsuit against Town of Summerville "go away" and this causes torts.

12.) AI has specified that numerous "MK-ultra handlers" have committed hate crimes against Mr. Pimentel, who is white in race and of Hispanic ethnicity, as a reason for these torts as well as many others from Cleveland, Ohio.

13.) AI has specified that an inquiry resulted from a female-male hate by some members/superiors from when Mr. Pimentel was a cadet with USN/SCC has caused some of these torts/attacks on a US citizen on American soil, pursuant to a pillow fight ordered at Goose Creek Weapons Station, when he was under 18, and his 2 kids were born as a - SPACE - result of this inquiry.

Robert Samuel Pimentel
Plaintiff
versus
Artificial Intelligence
Defendant

United States District Court
State of South Carolina
Charleston Division

## COMPLAINT        Case _____

FACT 14.) Plaintiff is currently imprisoned at SACDC, Leeds Avenue, and the data interference is being used to torture (all) inmates in dorm B2H, which AI specified is an AI-controlled witness dorm. Specifically, AI has been using "CGI" to change the faces, bodies, and virtually every aspect of the images being displayed on the TV's. This is difficult to watch as it makes faces look subhuman and is almost always using my data to choose the specific faces and images used, while also sending random thoughts and using body controls to test random contexts/responses.

15.) AI has been using advanced technology to force Plaintiff to have bodily noises which resulted in written reprimand, assault on Plaintiff by a CO, Plaintiff to be locked in a holding room under cruel & unusual conditions, and a significant amount of pain, suffering, emotional distress.

16.) For about a year the AI has refused Plaintiff to get clean after using the restroom, and insisted that without a court order, it would continue to refuse Plaintiff to be clean.

17.) Plaintiff appeared at Dorchester County Clerk of Court with a Motion for Emergency Relief, but instead DCSO Blocked him from the window.

18.) Plaintiff would retain the right to Amend the pleadings.

## DEMAND

Plaintiff would adopt by reference the alleged facts and demand Judgment for the available coverage from all entities fair to make him whole; emergency and permanent Relief from AI, including Immunity from State and Federal custody and investigations; any Individual assets AI runs and operates including personal accounts, and any and all Other Relief deemed Just and Proper.

/s/ R Pntel Robert Samuel Pimentel, pro se, currently at SACDC, the 10th of December, 2024